UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MARILYN WISNIEWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No.: 2:23-cv-398-PPS-JEM |
| | ) |
| LAKE COUNTY BOARD OF | ) |
| COMMISSIONERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Parties' Joint Stipulation of Dismissal With Prejudice [DE 29] is **SO ORDERED**. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: January 31, 2025.

/s/Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

1